# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:19-cr- /23 |
| Plaintiff, | ORDER FOR ISSUANCE OF WRIT OF HABEAS CORPUS AD PROSEQUENDUM FOR DAVID FRIEDLANDER (ID#) 01977012 |
| vs. | |
| DAVID FRIEDLANDER, | |
| Defendant. | |

Upon reading the petition of the United States Attorney for the District of Nevada, and good cause appearing therefore,

IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directing the production of the body of the said **DAVID FRIEDLANDER** before the United States District Court at Las Vegas, Nevada, on or about _____IA&AP Thurs 5/23/19_____ 2:30 pm VCF 3D, for arraignment and any further proceedings and from time to time and day to day thereafter until excused by the said Court.

DATED: May 15, 2019

_____
UNITED STATES MAGISTRATE JUDGE

```
 1 │ NICHOLAS A. TRUTANICH
   │ United States Attorney
 2 │ District of Nevada
   │ Nevada State Bar Number 13644
 3 │ REBECCA K. CLINTON
   │ Assistant United States Attorney
 4 │ 501 Las Vegas Boulevard South
   │ Suite 1100
 5 │ Las Vegas, Nevada  89101
   │ 702-388-6336
```

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| UNITED STATES OF AMERICA, | ) | Case No.: 2:19-cr- _123_ |
|---|---|---|
| | ) | |
| Plaintiff, | ) | PETITION FOR WRIT OF HABEAS |
| | ) | CORPUS AD PROSEQUENDUM FOR |
| | ) | DAVID FRIEDLANDER |
| vs. | ) | (ID#) 01977012 |
| | ) | |
| DAVID FRIEDLANDER, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The petition of the United States Attorney for the District of Nevada respectfully shows that **DAVID FRIEDLANDER** is committed by due process of law in the custody of the Warden, Clark County Detention Center, Las Vegas, Nevada, that it is necessary that the said **DAVID FRIEDLANDER** be temporarily released under a Writ of Habeas Corpus Ad Prosequendum so that the said **DAVID FRIEDLANDER** may be present before the United States District Court for the District of Nevada, Las Vegas, Nevada, on _IA&AP Thurs 5/23/19 2:30 pm VCF 3D_, for arraignment and from time to time and day to day thereafter until excused by the said Court.

That the presence of the said **DAVID FRIEDLANDER** before the United States District Court on or about _IA&AP Thurs 5/23/19 2:30 pm VCF 3D_, for arraignment and from time to time and day to day thereafter until excused by the Court has been ordered by the United States Magistrate or District Judge for the District of Nevada.

|   |   |
|---|---|
| 1 | WHEREFORE, petitioner respectfully prays that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directed to the Warden, Clark County Detention Center, Las Vegas, Nevada, and to the United States Marshal for the District of Nevada, commanding them to produce the said **DAVID FRIEDLANDER** before the United States District Court on or about _____ IA&AP Thurs 5/23/19 2:30 pm VCF 3D _____, for arraignment and from time to time and day to day thereafter, at such times and places as may be ordered and directed by the Court entitled above, to appear before the Court, and when excused by the said Court, to be returned to the custody of the Warden, Clark County Detention Center, Las Vegas, Nevada. |

DATED this 15th day of May, 2019

Respectfully submitted,

NICHOLAS A. TRUTANICH
United States Attorney

/s/ Rebecca K. Clinton

REBECCA K. CLINTON
Assistant United States Attorney

2