JOHN G. GEORGE, ESQ.
Nevada Bar No. 12380
LAW OFFICE OF JOHN G. GEORGE
529 S 10th Street
Las Vegas, Nevada 89101
Telephone:(702) 852-3006
Facsimile:(702) 446-1577
E-mail: johngeorgejr@fastmail.fm
Attorney for Defendant
DAVID FRIEDLANDER

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID FRIEDLANDER<br><br>Defendant. | Case No. 2:19-CR-00123-APG-EJY<br><br>**ORDER ON MOTION FOR LEAVE TO OBTAIN A PRE-PLEA PRESENTENCE REPORT** |

Defendant David Friedlander seeks leave for the preparation of a pre-plea presentence report for the limited purpose of determining Mr. Friedlander's criminal history to assist in finalizing the parties' plea negotiations. The compilation of such a criminal history would serve the ends of justice and would not be unduly burdensome under the circumstances.

Accordingly, and for the foregoing reasons,

IT IS HEREBY ORDERED that Defendant David Friedlander's Motion for a Pre-Plea Presentence Report for a determination of criminal history (ECF No. 20) is GRANTED.

IT IS FURTHER ORDERED that the United States Probation Office shall prepare and provide to counsel for Defendant Smith and the Government at the earliest practicable date a Pre-Plea Presentence Investigation Report for the purpose of determining Defendant

1

Friedlander's criminal history only.

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE**

Dated: October 28, 2019.