NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada State Bar Number 13644
JENNIFER J. OXLEY
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
PHONE: (702) 388-6370
FAX: (702) 388-5087
Jennifer.oxley@usdoj.gov

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>vs.<br><br>DAVID FRIEDLANDER,<br><br>          Defendant. | Case No.: 2:19-CR-00123-APG<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between NICHOLAS A. TRUTANICH, United States Attorney, and JENNIFER J. OXLEY, Assistant United States Attorney, counsel for the United States of America, and JOHN GEORGE, counsel for David Friedlander, that the Sentencing Hearing currently scheduled on May 13, 2020, at 2:00 pm, be vacated and continued for approximately 90 days.

This Stipulation is entered into in light of the ongoing health emergency associated with the COVID-19 pandemic and required for the following reasons:

      1.      On March 19, 2020, the Chief Judge of the U.S. District Court for the District of Nevada issued Temporary General Order 2020-04, which noted that "the

1

COVID-19 pandemic has continued to spread," resulting in the need for "more aggressive social-distancing measures." The Court noted further that, "[o]n March 17, 2020, the Governor of the State of Nevada ordered the closure of many business establishments and strongly encouraged all citizens to stay home." Accordingly, the Court ordered the temporary closure of the Clerk's office, and implemented other changes, including "striving to eliminate in-person court appearances." In the event any hearing must go forward, the Court will conduct the hearing via video or teleconference. The Court will vacate or amend GO 2020-04 no later than April 30, 2020.

     2.     Further, on March 30, 2020, the Chief Judge of the U.S. District Court for the District of Nevada issued Temporary General Order 2020-05, which, pursuant to Section 15002 of the Coronavirus Aid, Relief, and Economic Securities Act ("CARES Act"), authorized the "use of video and telephone conferencing, under certain circumstances and with the consent of the defendant, for various criminal hearings during the course of the COVID-19 emergency." The Chief Judge also found that "felony sentencings under Rule 32 of the Federal Rules of Criminal Procedure cannot be conducted in person in this district without seriously jeopardizing public health and safety." In addition, before a presiding judge may conduct a criminal sentencing via video conferencing or teleconferencing, General Order 2020-05 requires the judge to make a finding that "for specific reasons" a "felony sentencing in that case cannot be further delayed without serious harm to the interest of justice." Even then, the defendant must consent before the court may conduct a felony sentencing via video conferencing or teleconferencing.

3. The parties stipulate and agree that there are no specific reasons why the sentencing in the above-captioned case cannot be continued for approximately 90 days and that such a delay will not cause serious harm to the interest of justice.

4. Accordingly, based on the public health emergency brought about by the COVID-19 pandemic, the Chief Judge's findings in General Order 2020-04 and General Order 2020-05, and the parties' preference to avoid having to conduct the sentencing via VTC, the parties agree to continue the currently-scheduled sentencing for approximately 90 days.

5. The additional time requested is not sought for the purposes of delay, but to account for necessary precautions in light of the COVID-19 public health emergency.

6. Although he is incarcerated, the defendant does not oppose the requested 90 day continuance of the sentencing and he agrees that he will not be prejudiced by the continuance.

7. This is the first request for a continuance in this matter.

DATED this 22nd day of April, 2020.

NICHOLAS A. TRUTANICH
United States Attorney

*/s/ Jennifer J. Oxley*  
JENNIFER J. OXLEY
Assistant United States Attorney

*/s/ John George*  
JOHN GEORGE
Counsel for the Defendant

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

          Plaintiff,

vs.

DAVID FRIEDLANDER,

          Defendant.

Case No.: 2:19-CR-00123-APG

**[Proposed] Findings and Order on Stipulation**

Based on the pending Stipulation between the defense and the government, and good cause appearing therefore, the Court hereby finds that:

1. Based on the public health emergency brought about by the COVID-19 pandemic, the Chief Judge's findings in General Order 2020-04, and General Order 2020-05, the Court's determination that there are no specific reasons why the hearing cannot be continued for 90 days without a miscarriage of justice, and the parties' preference to avoid having to conduct the hearing via videoconferencing, the Sentencing Hearing should be continued for good cause.

2. The parties agree to this continuance.

3. Although the defendant is in custody, he does not object to the continuance.

4. The continuance is not sought for the purposes of delay.

//

//

//

//

//

THEREFORE, IT IS HEREBY ORDERED that the Sentencing Hearing in the above-captioned matter currently scheduled for May 13, 2020, at 2:00 pm, be vacated and continued until August 18, 2020 at 2:30 p.m. in Courtroom 6C.

DATED this 22nd day of April, 2020.

HON. ANDREW P. GORDON
United States District Court Judge