# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff<br><br>v.<br><br>DAVID FRIEDLANDER,<br><br>    Defendant | Case No.: 2:19-cr-00123-APG-EJY<br><br>**Order Rescheduling Sentencing Hearing** |

In the parties' Joint Status Report, defendant David Friedlander's counsel states that, although Mr. Friedlander "is amenable to being sentenced via video" and prefers "to remain in [Nevada Southern Detention Center] for the sentencing," counsel prefers to be present with his client for sentencing. ECF No. 34. Thus, Mr. Friedlander's counsel requests that I consider the status report "an official request on the part of Mr. Friedlander and his counsel to postpone the sentencing . . . ." *Id.*

I therefore vacate the September 16, 2020 sentencing hearing and reschedule it for **December 2, 2020 at 1:00 p.m.**

DATED this 15th day of September, 2020.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE